# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**MICA L. WILLIAMS**

      vs.                      **CASE NUMBER: 5:09-cv-890 (GTS/GJD**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for mandamus is DENIED and DISMISSED as moot; Petitioner's request for interim benefits is DENIED at this time; and the Commissioner is directed to act expeditiously in the matter.

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 14th day of October, 2009.

DATED: October 14, 2009

*Laurence K. Baerman*
Clerk of Court

                         s/ Melissa Ennis
                         Melissa Ennis
                         Deputy Clerk